UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOHN JOSEPH OLIGA, | : | |
| JEANINE BARKER OLIGA, | : | CASE NO. 20-60681-JWC |
| | : | |
| Debtors. | : | |
| | : | |

## SECOND AMENDED NOTICE OF ORAL DEPOSITION
## OF JOHN JOSEPH OLIGA

PLEASE TAKE NOTICE that, pursuant to Rules 7030 of the Federal Rules of Bankruptcy Procedure, counsel for S. Gregory Hays, Chapter 7 Trustee of the estates of John Joseph Oliga and Jeanine Barker Oliga ("**Trustee**"), will take the deposition upon oral examination of John Joseph Oliga ("**Mr. Oliga**") on July 31, 2020,[1] commencing at 10:00 a.m. Eastern Daylight Time at the law offices of Trustee's counsel, Arnall Golden Gregory, LLP, 171 17th Street, N.W., Suite 2100, Atlanta, GA 30363.  The deposition will be taken for the purpose of discovery, for use at trial, and any other purpose allowed by law.  The deposition shall be taken before a certified court reporter, or other officer authorized by law to administer oaths who will record the testimony by stenographic and/or sound and video means.

Respectfully submitted this 21st day of July, 2020.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
   Michael J. Bargar
171 17th Street, NW, Suite 2100   Georgia Bar No. 645709
Atlanta, Georgia 30363   michael.bargar@agg.com
404-873-8500

---

[1] Trustee will not be taking Mr. Oliga's deposition on July 24, 2020.

15251358v1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing *Second Amended Notice of Deposition of John Joseph Oliga* by depositing true and correct copies of the same in the United States Mail, with adequate postage to assure delivery by First Class Mail, to the following entities at the addresses stated:

Shawna Y. Staton
Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

John Joseph Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

Jeanine Barker Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

Will B. Geer
Wiggam & Geer, LLC
Suite 1150
50 Hurt Plaza SE
Atlanta, GA 30303

This 21st day of July, 2020.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

15251358v1