# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 20-60681-JWC  
**Case Name:** OLIGA, JOHN JOSEPH  
OLIGA, JEANINE BARKER  

**For Period Ending:** 06/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 01/10/2020 (f)  
**§ 341(a) Meeting Date:** 02/06/2020  
**Claims Bar Date:** 07/30/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Hilton Grand Vacations Club at Trump, Las Vegas, NV<br>Notice of abandonment filed on 6/8/20, Dkt # 43. | Unknown | 0.00 | OA | 0.00 | FA |
| 2 | 265 Stoneleigh Dr SW, Atlanta, GA 30331-76, ulton County County<br>Notice of abandonment filed on 6/8/20, Dkt # 43. | 251,600.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2012 Mercedes E350, 176000 miles<br>Notice of abandonment filed on 6/8/20, Dkt # 43. | 7,741.00 | 0.00 | OA | 0.00 | FA |
| 4 | Kitchen appliances, lr set, dining rm set, lr set, sofa, 2 chairs, 3 bdrm sets | 4,000.00 | 0.00 | | 0.00 | FA |
| 5 | 3 tvs, 2 computers, 2 cell p | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Suits, dresses, shoes, b | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | wedding rings, gold chain, watches, everyday jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account: Bank of America | 9,700.00 | 0.00 | | 0.00 | FA |
| 10 | Checking account: Bank of America | 132.35 | 0.00 | | 0.00 | FA |
| 11 | Other financial account: Bank of America | 823.86 | 0.00 | | 0.00 | FA |
| 12 | IRA: SEP IRA | 13,142.91 | 0.00 | | 0.00 | FA |
| 13 | Retirement account: 457(6) | 23,956.00 | 0.00 | | 0.00 | FA |
| 14 | Additional account 403(6): 403(6) | 36,563.00 | 0.00 | | 0.00 | FA |
| 15 | Additional account: Sep IRA | 4,027.82 | 0.00 | | 0.00 | FA |
| 16 | 2014 Toyota Highlander XLE<br>Notice of abandonment filed on 6/8/20, Dkt # 43. | 11,343.00 | 0.00 | OA | 0.00 | FA |
| 17 | IRA Services Trust Co - Self directed IRA<br>Trustee filed objection to exemption in this asset, which is still pending. | 728,914.00 | 0.00 | | 0.00 | 728,914.00 |
| **17** | **Assets      Totals**    (Excluding unknown values) | **$1,096,443.94** | **$0.00** | | **$0.00** | **$728,914.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 20-60681-JWC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** OLIGA, JOHN JOSEPH<br>OLIGA, JEANINE BARKER | **Date Filed (f) or Converted (c):** 01/10/2020 (f)<br>**§ 341(a) Meeting Date:** 02/06/2020 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** 07/30/2020 |

**Major Activities Affecting Case Closing:**

Trustee has filed an objection to Mr. Oliga's claimed exemption in a self-directed IRA (Docket # 39). The Trustee is investigating whether the self-directed IRA participated in prohibited transactions. A deposition of the Debtor is scheduled for July 31, 2020 and a hearing on the objection to exemption is scheduled for September 17.

**Initial Projected Date Of Final Report (TFR):** 09/30/2022          **Current Projected Date Of Final Report (TFR):** 09/30/2022

07/30/2020                                                          /s/S. Gregory Hays
_____                                                 _____
Date                                                                S. Gregory Hays