UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOHN JOSEPH OLIGA, | : | |
| JEANINE BARKER OLIGA, | : | CASE NO. 20-60681-JWC |
| | : | |
| Debtors. | : | |
| | : | |
| S. GREGORY HAYS, as Chapter 7 Trustee, | : | |
| | : | |
| Objector/Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| JOHN JOSEPH OLIGA and | : | |
| JEANINE BARKER OLIGA, | : | |
| | : | |
| Debtors/Respondents. | : | |

**JOINT MOTION FOR ORDER CONTINUING EVIDENTIARY HEARING**

COME NOW S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of John Joseph Oliga ("**Mr. Oliga**") and Jeanine Barker Oliga ("**Mrs. Oliga**" and collectively with Mr. Oliga, the "**Debtors**"), Mr. Oliga, and Mrs. Oliga (collectively, the "**Movants**"), by and through their respective undersigned counsel, and file this *Joint Motion for Order Continuing Evidentiary Hearing* (the "**Joint Motion**"). In support of the Joint Motion, Movants respectfully show this Court the following:

**Relief Requested**

1.

Movants seek entry of an order substantially in the form of the proposed Consent Order attached hereto as Exhibit "A."

15385006v1

**Venue and Jurisdiction**

2.

This Court has jurisdiction over this Joint Motion under 28 U.S.C. § 157(b)(2). Venue of this case in this District is proper under 28 U.S.C. § 1409. This Joint Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

**Introduction and Background**

3.

Debtors initiated this case by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on January 10, 2020 (the "**Petition Date**").

4.

Trustee was thereafter appointed and remains the duly acting Chapter 7 Trustee in Debtor's bankruptcy case.

5.

On May 19, 2020, Trustee filed an objection [Doc. No. 39] (the "**Objection**") seeking, among other things, an order from the Court disallowing Mr. Oliga's claimed exemption in a certain Self-Directed IRA.[1]

6.

On July 2, 2020, the Court entered an order and notice [Doc. No. 47] setting an evidentiary hearing on the Objection (the "**Hearing**"), along with various other deadlines related to the Hearing.

---

[1] Capitalized terms not defined in this motion shall have the meanings ascribed to them in *Trustee's Objection to Claimed Exemptions* [Doc. No. 39].

2

7.

Movants have begun settlement discussions related to the Objection. So that they have sufficient time to vet fully a settlement of the Objection, and so that they can avoid the costs of preparing for the Hearing, the Movants request a continuance of the Hearing and all related deadlines.

WHEREFORE Movants respectfully request that the Court:

(a) Grant this Joint Motion;

(b) Enter a consent order substantially in the form of Exhibit "A"; and

(c) Grant such other and further relief deemed just and proper.

Respectfully submitted this 18th day of August, 2020.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8500
Email: michael.bargar@agg.com

WIGGAM & GEER, LLC
*Attorneys for Debtors*

By: */s/ Will B. Geer*
    Will B. Geer
    *(with express permission by MJB)*
    Georgia Bar No. 940493
Wiggam & Geer, LLC
50 Hurt Plaza, SE
Suite 1150
Atlanta, GA 30303
Ph: 404.533.9800/Fax: 404.287.2767
Email: wgeer@wiggamgeer.com

15385006v1

**EXHIBIT "A" FOLLOWS**

15385006v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOHN JOSEPH OLIGA, | : | |
| JEANINE BARKER OLIGA, | : | CASE NO. 20-60681-JWC |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| S. GREGORY HAYS, as Chapter 7 Trustee, | : | |
| | : | |
| Objector/Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| JOHN JOSEPH OLIGA and | : | |
| JEANINE BARKER OLIGA, | : | |
| | : | |
| Debtors/Respondents. | : | |
| | : | |

**CONSENT ORDER**

On August 18, 2020, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of John Joseph Oliga ("**Mr. Oliga**")

15385035v1

and Jeanine Barker Oliga ("**Mrs. Oliga**" and collectively with Mr. Oliga, the "**Debtors**"), Mr. Oliga, and Mrs. Oliga (collectively, the "**Movants**") filed a *Joint Motion for Order Continuing Evidentiary Hearing* [Doc. No. __] (the "**Joint Motion**"), seeking, among other things, an order continuing the Hearing and related deadlines on the Trustee's Objection to Mr. Oliga's claimed exemption in his Self-Directed IRA.[1]

The Court having considered the Joint Motion; Trustee and Debtors having consented and stipulated to the entry of this Consent Order; and for good cause shown, it is hereby

**ORDERED** that the Joint Motion is **GRANTED.**   It is further

**ORDERED** that the Hearing and all related deadlines are hereby continued until further order of the Court.

**[END OF DOCUMENT]**

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Joint Motion.

15385035v1

**Proposed order prepared and consented to by**:

ARNALL GOLDEN GREGORY LLP

*By:* _____
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Telephone: (404) 873-7030
Email: michael.bargar@agg.com

*Attorneys for the Trustee*

**Proposed order consented to by**:

WIGGAM & GEER, LLC
*Attorneys for Debtors*

By: _____ *(with express permission by Michael J. Bargar)*
    Will B. Geer
    Georgia Bar No. 940493
Wiggam & Geer, LLC
50 Hurt Plaza, SE
Suite 1150
Atlanta, GA 30303
Ph: 404.533.9800/Fax: 404.287.2767
Email: wgeer@wiggamgeer.com

*Attorney for Debtors*

**Service List**:

Will B. Geer
Wiggam & Geer, LLC
50 Hurt Plaza, SE
Suite 1150
Atlanta, GA 30303

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

15385035v1

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

John Joseph Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

Jeanine Barker Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street NW, Ste 2100
Atlanta, GA 30341

15385035v1

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18 and that I have this day served a true and correct copy of the foregoing *Joint Motion for Order Continuing Evidentiary Hearing* by first class United States mail, with adequate postage affixed to assure delivery on all those persons or entities set forth below at addresses stated:

Will B. Geer
Wiggam & Geer, LLC
50 Hurt Plaza, SE
Suite 1150
Atlanta, GA 30303

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

John Joseph Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

Jeanine Barker Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

This 18th day of August, 2020.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

15385006v1