**IT IS ORDERED as set forth below:**

**Date: August 18, 2020**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOHN JOSEPH OLIGA, | : | |
| JEANINE BARKER OLIGA, | : | CASE NO. 20-60681-JWC |
| | : | |
| Debtors. | : | |
| | : | |
| S. GREGORY HAYS, as Chapter 7 Trustee, | : | |
| | : | |
| Objector/Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| JOHN JOSEPH OLIGA and | : | |
| JEANINE BARKER OLIGA, | : | |
| | : | |
| Debtors/Respondents. | : | |

**CONSENT ORDER**

On August 18, 2020, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of John Joseph Oliga ("**Mr. Oliga**")

15385035v1

and Jeanine Barker Oliga ("**Mrs. Oliga**" and collectively with Mr. Oliga, the "**Debtors**"), Mr. Oliga, and Mrs. Oliga (collectively, the "**Movants**") filed a *Joint Motion for Order Continuing Evidentiary Hearing* [Doc. No. 52] (the "**Joint Motion**"), seeking, among other things, an order continuing the Hearing and related deadlines on the Trustee's Objection to Mr. Oliga's claimed exemption in his Self-Directed IRA.[1]

The Court having considered the Joint Motion; Trustee and Debtors having consented and stipulated to the entry of this Consent Order; and for good cause shown, it is hereby

**ORDERED** that the Joint Motion is **GRANTED.**   It is further

**ORDERED** that the Hearing and all related deadlines are hereby continued until further order of the Court.

**[END OF DOCUMENT]**

---

1    Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Joint Motion.
15385035v1

**Proposed order prepared and consented to by**:

ARNALL GOLDEN GREGORY LLP

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Telephone: (404) 873-7030
Email: michael.bargar@agg.com

*Attorneys for the Trustee*

**Proposed order consented to by**:

WIGGAM & GEER, LLC
*Attorneys for Debtors*

By:*/s/ Will B. Geer*          *(with express permission by Michael J. Bargar)*
    Will B. Geer
    Georgia Bar No. 940493
Wiggam & Geer, LLC
50 Hurt Plaza, SE
Suite 1150
Atlanta, GA 30303
Ph: 404.533.9800/Fax: 404.287.2767
Email: wgeer@wiggamgeer.com

*Attorney for Debtors*

**Service List**:

Will B. Geer
Wiggam & Geer, LLC
50 Hurt Plaza, SE
Suite 1150
Atlanta, GA 30303

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

15385035v1

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

John Joseph Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

Jeanine Barker Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street NW, Ste 2100
Atlanta, GA 30341

15385035v1