**IT IS ORDERED as set forth below:**

**Date: October 27, 2021**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOHN JOSEPH OLIGA and | : | CASE NO. 20-60681-JWC |
| JEANINE BARKER OLIGA, | : | |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER**

S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of John Joseph Oliga and Jeanine Barker Oliga ("**Debtors**") filed an _Application to Employ_ (the "**Application**") Humphries & King Realty and John V. Ball (collectively, "**Humphries & King**") as his listing agent to sell two real properties with common addresses of: (a) 2471 Saint Patrick Street, SE, Atlanta, DeKalb County, Georgia 30317, and (b) 2475 East Tupelo Street, SE, Atlanta, DeKalb County, Georgia Saint Patrick Street, SE, Atlanta, Georgia 30317 (collectively, the "**Properties**"), pursuant to the respective listing agreements between Trustee and Humphries & King (the "**Listing Agreements**").  It appearing from

17261107v1

the Application that Humphries & King does not represent any interest adverse to the Estate and is a disinterested person as that term is defined in 11 U.S.C. § 101(14), and good cause having been shown, it is hereby

ORDERED as follows:

(a)     Trustee is authorized to employ Humphries & King as his listing agent in connection with the Properties pursuant to the Listing Agreements; and

(b)     All sales contracts and commissions shall be subject to Bankruptcy Court approval.

This Order is entered subject to any objection by the United States Trustee or any other party in interest, which objection must be filed with the Clerk and served upon the undersigned Trustee within twenty-one (21) days of the entry of this Order.

**[END OF DOCUMENT]**

PREPARED AND PRESENTED BY:

ARNALL GOLDEN GREGORY, LLP
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
     Michael J. Bargar
     Georgia Bar No. 645709
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363.1031
(404) 873-8500
michael.bargar@agg.com

17261107v1

## <u>DISTRIBUTION LIST</u>

Michael J. Bargar
Arnall Golden Gregory, LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363.1031

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 200
343 Peachtree Road, NE
Atlanta, GA 30326-1420

John V. Ball
Humphries & King Realty
830 Glenwood Avenue
Suite 510-205
Atlanta, GA 30316

Will B. Geer
Wiggam & Geer, LLC
Suite 1160
50 Hurt Plaza SE
Atlanta, GA 30303

John Joseph Oliga
265 Stoneleigh Drive, SW
Atlanta, GA 30331-7665

Jeanine Barker Oliga
265 Stoneleigh DrivE, SW
Atlanta, GA 30331-7665

17261107v1