UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOHN JOSEPH OLIGA and | : | CASE NO. 20-60681-JWC |
| JEANINE BARKER OLIGA, | : | |
| | : | |
| Debtors. | : | |
| | : | |

## APPLICATION TO EMPLOY AUCTIONEER

COMES NOW, S. Gregory Hays, duly appointed and acting Chapter 7 Trustee (the "**Applicant**" or "**Trustee**") for the above-referenced bankruptcy estates, and pursuant to 11 U.S.C. §327(a) shows the Court the following:

1.  Applicant is the duly qualified and acting Chapter 7 Trustee in this case.

2.  On January 10, 2020 (the "**Petition Date**"), Debtors filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, initiating Case No. 20-60681-JWC (the "**Case**").

3.  Trustee was thereafter appointed the duly acting Chapter 7 trustee in the Case under 11 U.S.C. § 701(a)(1), and he remains the duly acting Trustee in the Case.

4.  At the commencement of the Case, the bankruptcy estates were created under 11 U.S.C. § 541(a) (collectively, the "**Estate**"), and the Bankruptcy Estate includes all Debtors' legal or equitable interests in property as of the commencement of the Case and any interest in property that the Bankruptcy Estate acquired after commencement of the Case. 11 U.S.C. §§ 541(a)(1) and (7).

5.  On March 30, 2020, Trustee filed his *Application to Appoint Attorney for Trustee* [Doc. No. 21], and on March 31, 2020, the Court entered an *Order* [Doc. No. 22] authorizing the appointment of Arnall Golden Gregory LLP as attorneys for Trustee, subject to objection.

18231842v1

6.  Applicant wishes to employ BULLSEYE AUCTION & APPRAISAL, LLC ("**Bullseye**") as Applicant's Auctioneer. Applicant shows that Bullseye is bonded and insured and well qualified to perform the work required in this case and is experienced in the matters for which auction and liquidation services are required.

7.  The professional services which Bullseye is to render include:

    a) To recover and make an inspection of the following real properties with common addresses of: (a) 2471 Saint Patrick Street, SE, Atlanta, DeKalb County, Georgia 30317, and (b) 2475 East Tupelo Street, SE, Atlanta, DeKalb County, Georgia *a.k.a.* 2475 Saint Patrick Street, SE, Atlanta, Georgia 30317 (collectively, the "**Properties**");

    b) To conduct a public auction or private sale of each of the Properties as may result in net sale proceeds to the Estate; and

    c) Such other work as may be indicated by the Applicant's analysis of the Debtors and the Estate.

8.  To the best of Applicant's knowledge, and except as otherwise disclosed herein and in the Bankruptcy Rules 2014 and 5002 Verification of Scott Kenneth Schwartz, Bullseye has no connection with the aforementioned Debtors, their creditors, any party in interest in this case, their attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. Bullseye does not hold or represent an interest adverse to the estate, does not represent any creditor or other known interested party, and is a disinterested person under 11 U.S.C. § 327(a), as that term is defined in 11 U.S.C. § 101(14). Disclosure is made, however, that Bullseye represents Applicant as an auctioneer in his role as Chapter 7 trustee in other cases, and it also represents Michael J. Bargar, a partner of Applicant's attorneys,

18231842v1

as an auctioneer in his role as Chapter 7 trustee in other cases. The Affidavit of Scott Kenneth Schwartz, a member of Bullseye, is attached hereto, marked as Exhibit "A," and made a part hereof by reference.

9. Applicant shows that Bullseye has agreed to perform marketing, and auction services, subject to further application and order of the Court, as to the sale of each of the Properties, for a seven percent (7%) commission of the gross sale price of each of the Properties, plus reimbursement by the Estate for any out-of-pocket expenses in an amount not to exceed FIVE HUNDRED AND NO/100S DOLLARS ($500.00).

Wherefore, Applicant prays that he be authorized to employ Bullseye to perform the professional services required in connection with this case and on the terms stated.

This 31st day of May, 2022.

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: /s/*Michael J. Bargar*
    Michael J. Bargar
    GA Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1031
Phone: 404.873.8500
Fax: 404.873.8501
Email: michael.bargar@agg.com

18231842v1

**EXHIBIT "A" FOLLOWS**

18231842v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| : | |
| JOHN JOSEPH OLIGA and : | CASE NO. 20-60681-JWC |
| JEANINE BARKER OLIGA, : | |
| : | |
| Debtors. : | |
| : | |

**AUCTIONEER'S VERIFIED STATEMENT
PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014 AND 5002**

The undersigned hereby declares under penalty of perjury:

1. I am a licensed auctioneer in the State of Georgia and a member of Bullseye Auction & Appraisal, LLC ("**Bullseye**"), a fully bonded auction and appraisal firm, with its principal office and place of business located at 500 Pike Park Drive, Suite F, Lawrenceville, Georgia 30046. Bullseye's Georgia License Number is 3575.

2. Bullseye has been asked to represent S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy case of John Joseph Oliga and Jeanine Barker Oliga ("**Debtors**"), in the value evaluation and sale of he following real properties with common addresses of: (a) 2471 Saint Patrick Street, SE, Atlanta, DeKalb County, Georgia 30317, and (b) 2475 East Tupelo Street, SE, Atlanta, DeKalb County, Georgia *a.k.a.* 2475 Saint Patrick Street, SE, Atlanta, Georgia 30317 (collectively, the "**Properties**").

3. Bulleye is experienced at providing opinions as to the valuation and at handling the auctions of real property in the State of Georgia.

18231304v1

4. Bullseye is to be compensated for its services as an auctioneer at seven (7%) percent of the selling price for each of the Properties, plus expenses not to exceed $500.00, subject to Court approval after notice and hearing, which notice and hearing may be provided with the notice of the relevant sale of each of the Properties.

5. Except as set forth herein, neither I nor Bulleye has a connection within the scope of Bankruptcy Rule 2014 with Debtors, the creditors, or any party in interest in this bankruptcy case, or any attorney or accountant thereof.

6. Neither I nor Bullseye are related to or have any connection within the scope of Bankruptcy Rules 2014 or 5002 with any Judge of the United States Bankruptcy Court, Northern District of Georgia. Moreover, neither I nor Bullseye are related to or have any connection within the scope of Bankruptcy Rules 2014 or 5002 with any attorney, employee, or agent of the Office of the United States Trustee.

7. To the best of my knowledge, information, and belief, Bullseye and I are disinterested persons as that term is defined under 11 U.S.C. § 101(14).

Dated this 31st day of May, 2022.

_____
Scott Kenneth Schwartz, Auctioneer
Georgia Auctioneer's License No. 2643
Telephone: (404) 550-3490
Email: scott@bullseyeauctions.com

18231304v1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing *Application to Employ Auctioneer* upon each of the following:

Office of the United States Trustee
Room 362, Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Scott Kenneth Schwartz
Bullseye Auction & Appraisal, LLC
500 Pike Park Drive, Suite F
Lawrenceville, GA 30046

Will B. Geer
Wiggam & Geer, LLC
Suite 1160
50 Hurt Plaza SE
Atlanta, GA 30303

John Joseph Oliga
265 Stoneleigh Drive, SW
Atlanta, GA 30331-7665

Jeanine Barker Oliga
265 Stoneleigh Drive, SW
Atlanta, GA 30331-7665

by depositing a copy of the same in the United States Mail in an envelope properly addressed with sufficient postage to assure delivery.

This 31st day of May, 2022.

                                                  */s/ Michael J. Bargar*
                                                Michael J. Bargar
                                                GA Bar No. 645709

18231842v1