**IT IS ORDERED as set forth below:**

**Date: June 1, 2022**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOHN JOSEPH OLIGA and | : | CASE NO. 20-60681-JWC |
| JEANINE BARKER OLIGA, | : | |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER GRANTING APPLICATION TO EMPLOY**
**AUCTIONEER, SUBJECT TO OBJECTION**

S. Gregory Hays, duly appointed Chapter 7 Trustee ("**Applicant**") for the bankruptcy estates (collectively, the "**Estate**") of John Joseph Oliga and Jeanine Barker Oliga ("**Debtors**"), filed an Application to Employ Auctioneer (the "**Application**") [Doc. No. 72] filed on May 31, 2022, to employ Bullseye Auction & Appraisal, LLC ("**Bullseye**") as his Auctioneer to recover, make an inspection of and sell the following real properties with common addresses of: (a) 2471 Saint Patrick Street, SE, Atlanta, DeKalb County, Georgia 30317, and (b) 2475 East Tupelo Street, SE, Atlanta, DeKalb County, Georgia *a.k.a.* 2475 Saint Patrick Street, SE, Atlanta, Georgia 30317 (collectively, the "**Properties**"), pursuant to the purposes and terms more

18232016v1

specified in the Application.

No notice or hearing on the Application is necessary. Based upon the verified statement included with the Application, it appears that (a) Bullseye does not represent any interest adverse to the Estate and is disinterested as that term is defined in 11 U.S.C. §101(14) and (b) this case justifies employment of professionals for the purpose specified.

Subject to objection filed by the United States Trustee, the Debtors, or any other party in interest in this case within twenty-one (21) days from the date of entry of this Order, it is here by **ORDER** and **ADJUDGED** as follows:

1. Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014 and 5002, the employment of Bullseye to represent the Trustee and the Estate with respect to the Properties as set forth in the Application is hereby approved.

2. No compensation shall be paid to Bullseye until the Court has allowed such compensation in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the United States Trustee, counsel for Debtors, and all other parties in interest.

Any objection to this Order shall be served on the United States Trustee, the Trustee, and Debtors. If an objection is timely filed, the Trustee shall schedule a hearing on the Application and such objection pursuant to the Courts Open Calendar Procedures, and shall provide notice of such hearing on the Debtors, United States Trustee, and the objecting party.

**[END OF DOCUMENT]**

**[INTENTIONALLY LEFT BLANK]**

18232016v1

Prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    GA Bar No. 645709
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363.1031
Tel: (404) 873-8500
Fax: (404) 873-8501
Email: michael.bargar@agg.com

18232016v1

## DISTRIBUTION LIST

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363.1031

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Will B. Geer
Wiggam & Geer, LLC
Suite 1160
50 Hurt Plaza SE
Atlanta, GA 30303

John Joseph Oliga
265 Stoneleigh Drive, SW
Atlanta, GA 30331-7665

Jeanine Barker Oliga
265 Stoneleigh Drive, SW
Atlanta, GA 30331-7665

18232016v1