UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-60681-JWC |
| | ) | |
| JOHN JOSEPH OLIGA and | ) | CHAPTER 7 |
| JEANINE BARKER OLIGA, | ) | |
| | ) | |
|     Debtors. | ) | |
| | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee for the | ) | |
| Bankruptcy Estates of John Joseph Oliga and | ) | |
| Jeanine Barker Oliga, | ) | |
| | ) | |
|     Movant, | ) | CONTESTED MATTER |
| | ) | |
| V. | ) | |
| | ) | |
| DEKALB COUNTY TAX COMMISSIONER, | ) | |
| JOHN JOSEPH OLIGA and | ) | |
| JEANINE BARKER OLIGA, | ) | |
| | ) | |
|     Respondents. | ) | |

**NOTICE OF *TRUSTEE'S MOTION FOR AUTHORITY TO (I) SELL AT PUBLIC AUCTION PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF LIENS, INTERESTS, AND ENCUMBRANCES AND (II) DISBURSE CERTAIN PROCEEDS AT CLOSING;* DEADLINE TO OBJECT; AND FOR HEARING**

**PLEASE TAKE NOTICE** that on June 14, 2022, S. Gregory Hays, as Chapter 7 Trustee

("**Trustee**") for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of John Joseph

Oliga and Jeanine Barker Oliga ("**Debtors**"), filed *Trustee's Motion for Authority to (I) Sell at*

*Public Auction Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and*

*Encumbrances and (II) Disburse Certain Proceeds at Closing* [Doc. No. 75] (the "**Sale Motion**")

with the Court, seeking, among other things, an order from the Court authorizing the sale of two

(2) real properties known generally as: (a) 2471 Saint Patrick Street, SE, Atlanta, DeKalb County,

Georgia 30317, and (b) 2475 East Tupelo Street, SE, Atlanta, DeKalb County, Georgia Saint Patrick Street, SE, Atlanta, Georgia 30317 *f.k.a.* as 2475 Saint Patrick Street, SE, Atlanta, Georgia 30317 (together, the "**Properties**") at public auction, pursuant to 11 U.S.C. §§ 363(b), (f), and (m), and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014 (the "**Sale**"). The exact terms of the Sale is set forth in the Sale Motion. The auction will occur within thirty (30) to sixty (60) days of the Court's order approving the Sale. Upon further application to the Court, the auctioneer will be paid a seven percent (7%) commission, plus out-of-pocket expenses not to exceed $500.00.

Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice (the "**Objection Deadline**"). **If you object to the relief requested in the Sale Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, and any other appropriate persons by the Objection Deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the Sale Motion has been scheduled for **July 28, 2022.** The Court will hold an initial telephonic hearing for announcements on the Sale and Settlement Motion at the following number: 833-568-8864 US Toll-free Meeting ID: 160 459 5648 at **11:00 a.m.** in in **Courtroom 1203**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing

Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: June 14, 2022.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:   */s/ Michael J. Bargar*

171 17th Street, NW, Suite 2100          Michael J. Bargar
Atlanta, GA 30363                        Georgia Bar No. 645709
404-873-7031                             michael.bargar@agg.com

18282460v1