UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-60681-JWC |
| | ) | |
| JOHN JOSEPH OLIGA and | ) | CHAPTER 7 |
| JEANINE BARKER OLIGA, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee for the | ) | |
| Bankruptcy Estates of John Joseph Oliga and | ) | |
| Jeanine Barker Oliga, | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| V. | ) | |
| | ) | |
| DEKALB COUNTY TAX COMMISSIONER, | ) | |
| JOHN JOSEPH OLIGA and | ) | |
| JEANINE BARKER OLIGA, | ) | |
| | ) | |
| Respondents. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, certify that I am over the age of 18 and that, I served a copy of the foregoing *Notice of Trustee's Motion for Authority to (I) Sell at Public Auction Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and Encumbrances and (II) Disburse Certain Proceeds at Closing; Deadline to Object; and for Hearing* [Doc No. 76] ("**Notice**") with adequate postage prepaid, to the following persons or entities at the addresses stated below:

*Via First Class Mail:*

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Chapter 7 Trustee
Hays, Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

18161075v1

Scott Schwartz
Bullseye Auction & Appraisal, LLC
500 Pike Park Drive, Suite F
Lawrenceville, GA 30046

Irvin J. Johnson
DeKalb County Tax Commissioner
4380 Memorial Drive
Suite 100
Decatur, GA 30032

Will B. Geer
Wiggam & Geer, LLC
Suite 1150
50 Hurt Plaza SE
Atlanta, GA 30303

John Joseph Oliga
265 Stoneleigh Drive, SW
Atlanta, GA 30331-7665

Jeanine Barker Oliga
265 Stoneleigh Drive, SW
Atlanta, GA 30331-7665

Michael Campbell
Attention: Denise Hammock
Campbell & Brannon, LLC
5565 Glenridge Connector, Suite 350
Atlanta, GA 30334

    This is to certify further that I, Michael J. Bargar, have this day served copies of the foregoing Notice by first class United States mail on all those entities set forth on the attached Exhibit "A" at the addresses stated.

    This 14th day of June, 2022.

ARNALL GOLDEN GREGORY, LLP
*Attorneys for Trustee*

/s/ *Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
michael.bargar@agg.com

171 17th Street, N.W., Suite 2100
Atlanta, GA 30363
Tel: 404.873.8500

18161075v1

**EXHIBIT "A" FOLLOWS**

18161075v1

```
Label Matrix for local noticing          American Express                         American Express National Bank
113E-1                                   P.O. Box 1270                            c/o Becket and Lee LLP
Case 20-60681-jwc                        Newark, NJ 07101-1270                    PO Box 3001
Northern District of Georgia                                                      Malvern  PA 19355-0701
Atlanta
Tue Jun 14 13:38:35 EDT 2022

John V. Ball                             Bank of America                          Bank of America
Humphries & King Realty                  Business Advantage Business Card         P.O. Box 31785
Suite 510-205                            P.O. Box 15796                           Tampa, FL 33631-3785
830 Glenwood Avenue                      Wilmington, DE 19886-5796
Atlanta, GA 30316-1966

Bank of America                          Bank of America Inc                      Bank of America, N.A.
P.O. Box 45224                           P.O. Box 851001                          P O Box 982284
Jacksonville, FL 32232-5224              Dallas, TX 75285-1001                    El Paso, TX 79998-2284


Bank of America, N.A.                    Bankers Healthcare Corp                  (p)BANKERS HEALTHCARE GROUP LLC
PO BOX 31785                             P.O. Box 306005                          ATTN BANKRUPTCY DEPT
Tampa, FL 33631-3785                     Nashville, TN 37230-6005                 201 SOLAR STREET
                                                                                  SYRACUSE NY 13204-1425


Bankers Healthcare Group LLC             Michael J. Bargar                        Bloomingdale's AMEX
P.O. Box 306005                          Arnall Golden Gregory, LLP               P. O. Box 9001108
Nashville, TN 37230-6005                 Suite 2100                               Louisville, KY 40290-1108
                                         171 17th Street, N.W.
                                         Atlanta, GA 30363-1031


Brandsmart/Synchrony Bank                Lisa F. Caplan                           (p)JPMORGAN CHASE BANK N A
P.O. Box 960061                          Rubin Lublin, LLC                        BANKRUPTCY MAIL INTAKE TEAM
Orlando, FL 32896-0061                   Suite 100                                700 KANSAS LANE FLOOR 01
                                         3145 Avalon Ridge Place                  MONROE LA 71203-4774
                                         Peachtree Corners, GA 30071-1570


Citi Cards                               Citibank, N.A.                           Department Stores National Bank
P.O. Box 70166                           5800 S Corporate Pl                      c/o Quantum3 Group LLC
Philadelphia, PA 19176-0166              Sioux Falls, SD 57108-5027               PO Box 657
                                                                                  Kirkland, WA 98083-0657


Will B. Geer                             S. Gregory Hays                          Hays Financial Consulting, LLC
Wiggam & Geer, LLC                       Hays Financial Consulting, LLC           2964 Peachtree Road NW
Suite 1150                               Suite 555                                Suite 555
50 Hurt Plaza SE                         2964 Peachtree Road                      Atlanta, GA 30305-4909
Atlanta, GA 30303-2958                   Atlanta, GA 30305-4909


Hilton Resorts Corp                      Home Depot Credit Services               Hyundai Motor Finance
6355 Metrowest Blvd                      Dept. 7883                               P.O. Box 650805
Ste 180                                  P.O. Box 9001030                         Dallas, TX 75265-0805
Orlando, FL 32835-7606                   Louisville, KY 40290-1030


JPMorgan Chase Bank, N.A.                (p)DSNB MACY S                           Neiman Marcus
s/b/m/t Chase Bank USA, N.A.             CITIBANK                                 P.O. Box 5235
c/o National Bankruptcy Services, LLC    1000 TECHNOLOGY DRIVE MS 777             Carol Stream, IL 60197-5235
P.O. Box 9013                            O FALLON MO 63368-2222
Addison, Texas 75001-9013
```

```
Nordstrom VISA                      Office of the United States Trustee   Jeanine Barker Oliga
P.O. Box 13589                      362 Richard Russell Building           265 Stoneleigh Dr SW
Scottsdale, AZ 85267-3589           75 Ted Turner Drive, SW                Atlanta, GA 30331-7665
                                    Atlanta, GA 30303-3315


John Joseph Oliga                   PRA Receivables Management, LLC        Resurgent Receivables LLC
265 Stoneleigh Dr SW                PO Box 41021                           Resurgent Capital Services
Atlanta, GA 30331-7665              Norfolk, VA 23541-1021                 PO Box 10587
                                                                           Greenville, SC 29603-0587


SOFI Lending Corp.                  Scott Schwartz                         Synchrony Bank
P.O. Box 734297                     Bullseye Auction & Appraisal           c/o PRA Receivables Management, LLC
Dallas, TX 75373-4297               Suite F                                PO Box 41021
                                    500 Pike Park Drive                    Norfolk, VA 23541-1021
                                    Lawrenceville, GA 30046-2416


The Bank of New York Mellon         (p)UNIFY FINANCIAL FEDERAL CREDIT UNION  UNIFY Financial Federal Credit Union
PO BOX 31785                        1899 WESTERN WAY                       7935 W. Sahara Ave.
Tampa, FL 33631-3785                TORRANCE CA 90501-1145                 Suite 201
                                                                           Las Vegas, NV 89117-7909


Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bankers Healthcare Group LLC        (d)Bankers Healthcare Group LLC        (d)Bankers Healthcare Group, LLC
10234 W. State Rd 84                10234 W. State Rd. 84                  201 Solar Street
Fort Lauderdale, FL 33324           Davie, FL 33324                        Syracuse, NY 13204


Chase                               Macy's AMEX                            UNIFY Financial Credit Union
P.O. Box 1423                       P.O. Box 9001108                       P.O. Box 10018
Charlotte, NC 28201                 Louisville, KY 40290                   Manhattan Beach, CA 90267
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Resurgent Receivables, LLC       (d)Synchrony Bank                      (u)THE BANK OF NEW YORK MELLON
Resurgent Capital Services          c/o PRA Receivables Management, LLC
PO Box 10587                        PO Box 41021
Greenville, SC 29603-0587           Norfolk VA 23541-1021
```

(d)UNIFY Financial Federal Credit Union
7935 W. Sahara Avenue, Suite, 201
Las Vegas, NV 89117-7909

End of Label Matrix
Mailable recipients    42
Bypassed recipients     4
Total                  46