**IT IS ORDERED as set forth below:**

**Date: July 14, 2022**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-60681-JWC |
| | ) | |
| JOHN JOSEPH OLIGA and | ) | CHAPTER 7 |
| JEANINE BARKER OLIGA, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee for the | ) | |
| Bankruptcy Estates of John Joseph Oliga and | ) | |
| Jeanine Barker Oliga, | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| V. | ) | |
| | ) | |
| DEKALB COUNTY TAX COMMISSIONER, | ) | |
| JOHN JOSEPH OLIGA and | ) | |
| JEANINE BARKER OLIGA, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER ON TRUSTEE'S MOTION FOR AUTHORITY TO (I) SELL AT PUBLIC AUCTION PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF LIENS, INTERESTS, AND ENCUMBRANCES AND (II) DISBURSE CERTAIN PROCEEDS AT CLOSING**

18381916v1

On June 14, 2022, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of John Joseph Oliga and Jeanine Barker Oliga ("**Debtors**"), filed *Trustee's Motion for Authority to (I) Sell at Public Auction Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and Encumbrances and (II) Disburse Certain Proceeds at Closing* [Doc. No. 75] (the "**Sale Motion**"), pursuant to 11 U.S.C. §§ 363(b), (f), and (m), and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014. In the Sale Motion, Trustee is seeking, among other things, an order from the Court (a) authorizing the sale (the "**Sale**") of two (2) real properties known generally as: (a) 2471 Saint Patrick Street, SE, Atlanta, DeKalb County, Georgia 30317; and (b) 2475 East Tupelo Street, SE, Atlanta, DeKalb County, Georgia 30317 *f.k.a.* as 2475 Saint Patrick Street, SE, Atlanta, Georgia 30317 (together, the "**Properties**") at public auction (the "**Auction**"). The exact terms of the proposed Sale are set forth in the Sale Motion. Absent unforeseeable circumstances, Trustee estimates that the Auction will occur within thirty (30) to sixty (60) days of any order approving the proposed Sale.

Also on June 14, 2022, Trustee filed a *Notice of Trustee's Motion for Authority to (I) Sell at Public Auction Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and Encumbrances and (II) Disburse Certain Proceeds at Closing; Deadline to Object; and for Hearing* [Doc. No. 76] (the "**Notice**") regarding the Sale Motion, in accordance with Second Amended and Restated General Order No. 24-2018. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on June 14, 2022. [Doc. No. 77].

The Notice provided notice of the opportunity to object and for hearing scheduled for July 28, 2022 at 11:00 a.m., pursuant to the procedures in Second Amended and Restated General Order No. 24-2018. No creditor or party in interest filed an objection to the Sale Motion prior to the objection deadline provided in the Notice.

18381916v1

Having considered the Sale Motion and all other matters of record, including the lack of objection by any creditor or party in interest to the relief requested in the Sale Motion, and based on the foregoing, finding that no further notice or hearing is necessary; and, the Court having found good cause exists to grant the relief requested in the Sale Motion, it is hereby

**ORDERED** that the Sale Motion is **GRANTED**. It is further

**ORDERED** that the Sale is **APPROVED** and Trustee is authorized to sell at the Properties at public auction. It is further

**ORDERED** that upon consummation of the Sale of the Properties, the transfer and assignment of the Properties shall be free and clear of all liens, claims, interests, and encumbrances of any kind or nature whatsoever, with any valid, perfected, enforceable, and unavoidable lien attaching to the proceeds of the Sale with the same validity, priority, and extent that it had in each of the Properties. It is further

**ORDERED** that the sale of the Properties by Trustee is "as is," "where is," and without representation or warranty, express or implied, from Trustee. It further

**ORDERED** that Trustee is authorized to sign all documents necessary to transfer title of the Properties as set forth herein. It is further

**ORDERED** that Trustee is authorized to make those distributions set forth in the Sale Motion, following the closing of the Sale. It is further

**ORDERED** that this Court retains exclusive jurisdiction over any action relating to, based upon, or arising from: (i) disputes or controversies relating to or concerning the Sale of the Properties, and (ii) interpretation, implementation, and enforcement this Order. It is further

**ORDERED** that, under Fed. R. Bankr. P. 6004(h), this Order shall be effective and enforceable immediately upon entry, and its provisions shall be self-executing. In the absence of

18381916v1

any person or entity obtaining a stay pending appeal, Trustee is authorized to proceed to auction publicly the Properties at any time.

### [END OF DOCUMENT]

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By:*/s/ Michael J. Bargar*
  Michael J. Bargar
  Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8500
michael.bargar@agg.com

**Identification of parties to be served:**

Office of the United States Trustee, 362 Richard B. Russell Bldg., 75 Ted Turner Drive, SW, Atlanta, Georgia 30303

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363-1031

S. Gregory Hays, Chapter 7 Trustee, Hays, Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305

John Joseph Oliga, 265 Stoneleigh Dr SW, Atlanta, GA 30331-7665

Jeanine Barker Oliga, 265 Stoneleigh Dr SW, Atlanta, GA 30331-7665

Will B. Geer, Wiggam & Geer, LLC, Suite 1150, 50 Hurt Plaza SE, Atlanta, GA 30303

Irvin J. Johnson, DeKalb County Tax Commissioner, Property Tax Division, P.O. Box 100004, Decatur, GA 30031-7004

Scott Kenneth Schwartz, Bullseye Auction & Appraisal, LLC, 500 Pike Park Drive, Suite F, Lawrenceville, GA 30046

18381916v1