UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-60681-JWC |
| | : | |
| JOHN JOSEPH OLIGA, | : | CHAPTER 7 |
| JEANINE BARKER OLIGA, | : | |
| | : | |
| Debtors. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

By Order entered on July 14, 2022 [Doc. No. 78], this Court authorized the Trustee to sell by public auction two real properties known generally as (a) 2471 Saint Patrick Street, SE, Atlanta, DeKalb County, Georgia 30317 ("**Saint Patrick**"); and (b) 2475 East Tupelo Street, SE, Atlanta, DeKalb County, Georgia 30317 (the "**East Tupelo**").

2.

At the public auction, the high bid for Saint Patrick was $39,750 and the high bid for East Tupelo was $39,750.

3.

On September 1, 2022, the Trustee closed on the sale of Saint Patrick to We Buy and Resell Homes, LLC for $39,750. Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale.

4.

Also on September 1, 2022, the Trustee sold East Tupelo also to We Buy and Resell Homes, LLC ("**Purchaser**") for $39,750. Attached hereto as Exhibit "B" is the Seller's Settlement Statement from the sale.

5.

The Trustee reports that he has completed the delivery of the Saint Patrick and East Tupelo properties to the Purchaser and has received net funds of $38,303.86 and $38,540.50 respectively from the sales after payment of 2022 property taxes.

Respectfully submitted this 6th day of September, 2022.

                                        */s/ S. Gregory Hays*
                                        S. Gregory Hays
Hays Financial Consulting, LLC        Chapter 7 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

# A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB Approval No 2502-0265

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No. | 7. Loan No. | 8. Mortgage Insurance Case No. |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| We Buy and Resell Homes, LLC<br>4265 Hunters Walk Way<br>Cumming, GA 30028 | of S. Gregory Hays, as and only as Trustee in Bankruptcy for the Estates of John Joseph Oliga and Jeanine Barker Oliga<br>2964 Peachtree Road NW<br>Ste 555<br>Atlanta, GA 30305 | |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 2471 Saint Patrick Street Southeast<br>Atlanta, GA 30317 | Sherman & Phalen, LLC | 09/01/2022 |
| | Place of Settlement:<br>1165 Northchase Pkwy SE Suite 450<br>Marietta, GA 30067 | Funding Date:<br>09/01/2022<br>Disbursement Date:<br>09/01/2022 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower: | | 400. Gross Amount Due to Seller: | |
| | | 401. Contract sales price | $39,750.00 |
| | | 402. Personal property | |
| | | 403. | |
| | | 404. | |
| | | 405. | |
| | | Adjustment for items paid by seller in advance | |
| | | 406. City/Town Taxes | |
| | | 407. County Taxes 09/01/2022 to 01/01/2023 | $725.90 |
| | | 408. Assessments | |
| | | 409. | |
| | | 410. | |
| | | 411. | |
| | | 412. | |
| | | 420. Gross Amount Due to Seller | $40,475.90 |
| | | 500. Reductions in Amount Due to Seller | |
| | | 501. Excess deposit (see instructions) | $3,975.00 |
| | | 502. Settlement charges to seller (line 1400) | $2,172.04 |
| | | 503. Existing loan(s) taken subject to | |
| | | 504. Payoff of First Mortgage | |
| | | 505. Payoff of Second Mortgage | |
| | | 506. | |
| | | 507. | |
| | | 508. | |
| | | 509. | |
| | | Adjustments for items unpaid by seller | |
| | | 510. City/Town Taxes | |
| | | 511. County Taxes | |
| | | 512. Assessments | |
| | | 513. | |
| | | 514. | |
| | | 515. | |
| | | 516. | |
| | | 517. | |
| | | 518. | |
| | | 519. | |
| | | 520. Total Reduction Amount Due Seller | $6,147.04 |
| | | 600. Cash at Settlement to/from Seller | |
| | | 601. Gross amount due to seller (line 420) | $40,475.90 |
| | | 602. Less reductions in amounts due seller (line 520) | $6,147.04 |
| | | 603. Cash  ☒ To  ☐ From Seller | $34,328.86 |

Exhibit "B"

A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB Approval No 2502-0265

### B. Type of Loan

1. [ ] FHA  2. [ ] RHS  3. [ ] Conv. Unins.  4. [ ] VA  5. [ ] Conv Ins.

6. File No.
7. Loan No.
8. Mortgage Insurance Case No.

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. Name & Address of Borrower:
We Buy and Resell Homes. LLC
4265 Hunters Walk Way
Cumming, GA 30028

E. Name & Address of Seller:
of S. Gregory Hays, as and only as Trustee in Bankruptcy for the Estates of John Joseph Oliga and Jeanine Barker Oliga
2964 Peachtree Road
Suite 555
Atlanta, GA 30305

F. Name & Address of Lender:

G. Property Location:
2475 East Tupelo Street Southeast
Atlanta, GA 30317

H. Settlement Agent:
Sherman & Phalen, LLC

Place of Settlement:
1165 Northchase Pkwy SE Suite 450
Marietta, GA 30067

I. Settlement Date: 09/01/2022
Funding Date: 09/01/2022
Disbursement Date: 09/01/2022

### J. Summary of Borrower's Transaction

100. Gross Amount Due from Borrower

### K. Summary of Seller's Transaction

| | |
|---|---:|
| 400. Gross Amount Due to Seller | |
| 401. Contract sales price | $39,750.00 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| Adjustment for items paid by seller in advance | |
| 406. City/Town Taxes | |
| 407. County Taxes 09/01/2022 to 01/01/2023 | $607.56 |
| 408. Assessments | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| 420. Gross Amount Due to Seller | $40,357.56 |
| 500. Reductions in Amount Due to Seller | |
| 501. Excess deposit (see instructions) | $3,975.00 |
| 502. Settlement charges to seller (line 1400) | $1,817.06 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff of First Mortgage | |
| 505. Payoff of Second Mortgage | |
| 506. | |
| 507. | |
| 508. | |
| 509. | |
| Adjustments for items unpaid by seller | |
| 510. City/Town Taxes | |
| 511. County Taxes | |
| 512. Assessments | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| 520. Total Reduction Amount Due Seller | $5,792.06 |
| 600. Cash at Settlement to/from Seller | |
| 601. Gross amount due to seller (line 420) | $40,357.56 |
| 602. Less reductions in amounts due seller (line 520) | $5,792.06 |
| 603. Cash [X] To [ ] From Seller | $34,565.50 |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Will B. Geer,
Wiggam & Geer, LLC
Suite 1150
50 Hurt Plaza SE
Atlanta, GA 30303

John Joseph Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

Jeanine Barker Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

This 6th day of September, 2022.

                                                        /s  *S. Gregory Hays*
                                                        S. Gregory Hays
                                                        Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060