UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-60681-JWC |
| | : | |
| JOHN JOSEPH OLIGA and | : | |
| JEANINE BARKER OLIGA, | : | CHAPTER 7 |
| | : | |
| Debtors. | : | |
| | : | |

**TRUSTEE'S MOTION FOR AUTHORITY TO PAY ADMINISTRATIVE
EXPENSES OF CHAPTER 7 ESTATE**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of John Joseph Oliga ("**Mr. Oliga**") and Jeanine Barker Oliga ("**Mrs. Oliga**" and with Mr. Oliga, the "**Debtors**") and files *Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate* (the "**Motion**"). In support of his Motion, Trustee respectfully shows:

**Jurisdiction and Venue**

1.

This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This Motion presents a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background Facts and Relief Requested**

2.

On January 10, 2020 (the "**Petition Date**"), Debtors filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, initiating Case No. 20-60681-JWC (the "**Bankruptcy Case**" or "**Case**").

3.

On August 3, 2021, Trustee filed *Motion for Order Authorizing Settlement under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 64] (the "**Settlement Motion**") and related papers with the Court, seeking, and related papers with the Court, seeking an order, among other things, approving a settlement agreement (the "**Settlement Agreement**") between Trustee, Mr. Oliga, and JCO Investment Assets, LLC ("**JCO**" and with Trustee and Mr. Oliga, the "Parties") related to a certain claimed Exemption[1] in a certain Self-Directed IRA.  More specifically, under the terms of the Settlement Agreement, *inter alia*, within five (5) business days of the Settlement Approval Order becoming final, JCO was required to transfer to Trustee the Properties with common addresses of (1) 2471 Saint Patrick Street, SE, Atlanta, Georgia 30317; and (2) 2475 Saint Patrick Street, SE, Atlanta, Georgia 30317 via a quitclaim deed.  A true and correct copy of the Settlement Agreement was attached as Exhibit "A" to the Settlement Motion.

4.

On September 3, 2021, the Court entered an Order [Doc. No. 67] granting the Settlement Motion and approving the Settlement Agreement (the "**Settlement Order**").  And, in accordance with the Settlement Agreement and Settlement Order, JCO transferred the Properties to Trustee.

5.

In accordance with the Order [Doc. No. 78] of the Court, Trustee sold the Properties and netted the Bankruptcy Estate $76,844.36 (collectively, the "**Approved Sales**").  *See* [Doc. No. 81].

---

[1]   Capitalized terms not defined in this Notice shall have the meanings ascribed to them in the Settlement Motion.

6.

As a result of the Settlement Agreement and the Approved Sales, the Bankruptcy Estate has incurred income tax expenses owed to the Internal Revenue Service in the amount of $10,209.00 and to the Georgia Department of Revenue in the amount of $4,023.00.

7.

There are sufficient funds in the Bankruptcy Estate with which to make the foregoing payments, and such payments are proper administrative expenses of the Bankruptcy Estate.

WHEREFORE, Trustee requests that the Court grant this Motion and authorize Trustee to pay the above-described administrative expense claims.

Respectfully submitted this 12th day of April, 2023.

/s/ S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee
ghays@haysconsulting.net

Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305
(404) 926-0060

## CERTIFICATE OF SERVICE

This is to certify that I have this day served true and correct copies of the foregoing *Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate* by delivering copies of the same via United States first class mail, postage prepaid, to the following persons or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Will B. Geer
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

John Joseph Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

Jeanine Barker Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

This 12th day of April, 2023.

*/s/ S. Gregory Hays*
S. Gregory Hays, Trustee