**IT IS ORDERED as set forth below:**

**Date: April 14, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-60681-JWC |
| JOHN JOSEPH OLIGA and | |
| JEANINE BARKER OLIGA, | CHAPTER 7 |
| Debtors. | |

**ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSES**

On April 12, 2023, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of John Joseph Oliga ("**Mr. Oliga**") and Jeanine Barker Oliga ("**Mrs. Oliga**" and with Mr. Oliga, the "**Debtors**"), filed a motion for authority to pay administrative expenses of the Bankruptcy Estate, seeking authority to pay $4,023.00 to the Georgia Department of Revenue for State income taxes and $10,209.00 to the Internal Revenue Service for federal income taxes arising out of a certain settlement agreement (the "**Settlement Agreement**") between Trustee, Mr. Oliga, and JCO Investment Assets, LLC ("**JCO**") related to a

certain claimed Exemption[1] in a certain Self-Directed IRA [Doc. No. 82] (the "**Motion**") and the resulting Approved Sales of the Properties with common addresses of (1) 2471 Saint Patrick Street, SE, Atlanta, Georgia 30317; and (2) 2475 Saint Patrick Street, SE, Atlanta, Georgia 30317.  *See* [Doc. Nos. 67, 78, and 81].

In the Motion, Trustee shows that there are sufficient funds in the Bankruptcy Estate with which to make the foregoing payments, and Trustee submits that such expenses were actual and necessary expenses that benefitted the Bankruptcy Estate.

The Court having considered the Motion and all other matters of record and finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: Trustee is authorized to pay $4,023.00 to the Georgia Department of Revenue for State income taxes and $10,209.00 to the Internal Revenue Service for federal income taxes.

**[END OF DOCUMENT]**

Order prepared and presented by:

    */s/ S. Gregory Hays*
    S. Gregory Hays
    Chapter 7 Trustee
    ghays@haysconsulting.net
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Will B. Geer
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

John Joseph Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665

Jeanine Barker Oliga
265 Stoneleigh Dr SW
Atlanta, GA 30331-7665