# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 20-60681-JWC | Trustee Name: | (300320) S. Gregory Hays |
| Case Name: | OLIGA, JOHN JOSEPH | Date Filed (f) or Converted (c): | 01/10/2020 (f) |
|  | OLIGA, JEANINE BARKER | § 341(a) Meeting Date: | 02/06/2020 |
| For Period Ending: | 06/30/2023 | Claims Bar Date: | 07/30/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Hilton Grand Vacations Club at Trump, Las Vegas, NV<br>Notice of abandonment filed on 6/8/20, Dkt # 43. | Unknown | 0.00 | OA | 0.00 | FA |
| 2 | 265 Stoneleigh Dr SW, Atlanta, GA 30331-76, ulton County County<br>Notice of abandonment filed on 6/8/20, Dkt # 43. | 251,600.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2012 Mercedes E350, 176000 miles<br>Notice of abandonment filed on 6/8/20, Dkt # 43. | 7,741.00 | 0.00 | OA | 0.00 | FA |
| 4 | Kitchen appliances, lr set, dining rm set, lr set, sofa, 2 chairs, 3 bdrm sets | 4,000.00 | 0.00 |  | 0.00 | FA |
| 5 | 3 tvs, 2 computers, 2 cell p | 1,000.00 | 0.00 |  | 0.00 | FA |
| 6 | Suits, dresses, shoes, b | 2,000.00 | 0.00 |  | 0.00 | FA |
| 7 | wedding rings, gold chain, watches, everyday jewelry | 1,000.00 | 0.00 |  | 0.00 | FA |
| 8 | Cash | 500.00 | 0.00 |  | 0.00 | FA |
| 9 | Checking account: Bank of America | 9,700.00 | 0.00 |  | 0.00 | FA |
| 10 | Checking account: Bank of America | 132.35 | 0.00 |  | 0.00 | FA |
| 11 | Other financial account: Bank of America | 823.86 | 0.00 |  | 0.00 | FA |
| 12 | IRA: SEP IRA | 13,142.91 | 0.00 |  | 0.00 | FA |
| 13 | Retirement account: 457(6) | 23,956.00 | 0.00 |  | 0.00 | FA |
| 14 | Additional account 403(6): 403(6) | 36,563.00 | 0.00 |  | 0.00 | FA |
| 15 | Additional account: Sep IRA | 4,027.82 | 0.00 |  | 0.00 | FA |
| 16 | 2014 Toyota Highlander XLE<br>Notice of abandonment filed on 6/8/20, Dkt # 43. | 11,343.00 | 0.00 | OA | 0.00 | FA |
| 17* | IRA Services Trust Co - Self directed IRA<br>Trustee filed an objection to the Debtor's exemption in this asset. Per a pending settlement agreement trustee is to receive two properties with a total purchase price of $275,000.   (See Footnote) | 728,914.00 | 0.00 |  | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 20-60681-JWC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | OLIGA, JOHN JOSEPH | Date Filed (f) or Converted (c): | 01/10/2020 (f) |
| | OLIGA, JEANINE BARKER | § 341(a) Meeting Date: | 02/06/2020 |
| For Period Ending: | 06/30/2023 | Claims Bar Date: | 07/30/2020 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 2471 Saint Patrick Street, SE, Atlanta, GA (u) | 210,000.00 | 201,581.36 | | 39,750.00 | FA |
| | Became property of bankruptcy estate per settlement (Dkt # 67). Also see asset # 17. | | | | | |
| 19 | 2475 East Tupelo Street, Atlanta, GA (u) | 210,000.00 | 202,033.00 | | 39,750.00 | FA |
| | Became property of bankruptcy estate per settlement (Dkt # 67). Also see asset # 17. | | | | | |
| 19 | **Assets  Totals**  (Excluding unknown values) | **$1,516,443.94** | **$403,614.36** | | **$79,500.00** | **$0.00** |

RE PROP# 17     See assets # 18 and 19.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| | |
|---|---|
| **Case No.:** 20-60681-JWC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** OLIGA, JOHN JOSEPH<br>OLIGA, JEANINE BARKER | **Date Filed (f) or Converted (c):** 01/10/2020 (f) |
| | **§ 341(a) Meeting Date:** 02/06/2020 |
| **For Period Ending:** 06/30/2023 | **Claims Bar Date:** 07/30/2020 |

**Major Activities Affecting Case Closing:**

6/30/2020 - Trustee has filed an objection to Mr. Oliga's claimed exemption in a self-directed IRA (Docket # 39).  The Trustee is investigating whether the self-directed IRA participated in prohibited transactions.

6/30/2020 - Trustee and Debtor are in final stages of negotiation to resolve issues with exemption in IRA.

7/28/2021 - Trustee and Debtor have reached an agreement resolving the IRA issues whereby trustee is to receive two properties with a total purchase price of $275,000.  Settlement was approved by Order on 9/3/21.

10/28/2021 - Trustee employed a real estate broker and listed the property for sale.

7/14/2022 - Trustee filed a motion to sell the properties at 2471 Saint Patrick Street, SE, Atlanta, GA and 2475 East Tupelo Street, SE, Atlanta, GA by public auction (See Order, Dkt # 78).

7/20/2022 -  Auction of properties is scheduled to start on 8/1/22. After the closings on the sale of the properties, Trustee will file necessary tax returns and submit his TFR.

6/30/23 - Sale of two properties sold at auction are closed. All assets are now administered.  Final tax returns prepared.  IRS response resolved.  Trustee is preparing final fee applications for professionals.

**Initial Projected Date Of Final Report (TFR):**   09/30/2022      **Current Projected Date Of Final Report (TFR):**   09/30/2023

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 20-60681-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | OLIGA, JOHN JOSEPH | Bank Name: | East West Bank |
|  | OLIGA, JEANINE BARKER | Account #: | ******0526 Checking |
| Taxpayer ID #: | **-***4815 | Blanket Bond (per case limit): | $29,875,000.00 |
| For Period Ending: | 06/30/2023 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/16/22 |  | We Buy and Resell Homes LLC | Earnest Money - 2475 E. Tupelo St and 2471 St. Patrick Street. Applied to purchase per Order, Dkt # 78. |  | 7,950.00 |  | 7,950.00 |
|  | {18} |  | Earnest Money - 2471 St. Patrick Street $3,975.00 | 1210-000 |  |  |  |
|  | {19} |  | Earnest Money - 2475 E. Tupelo Street $3,975.00 | 1210-000 |  |  |  |
| 08/31/22 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 5.52 | 7,944.48 |
| 09/02/22 |  | Sherman & Phalen, LLC (Escrow) - We Buy & Resell Homes, LLC - Purchaser | Sale of 2475 East Tupelo Per Order, Dkt # 78. |  | 34,565.50 |  | 42,509.98 |
|  | {19} | We Buy and Resell Homes, LLC | Sale of 2475 East Tupelo Per Order, Dkt # 78 $35,775.00 | 1210-000 |  |  |  |
|  |  | Dekalb County Tax Commissioner | Real Property taxes paid per Order, Dkt # 78. -$1,209.50 | 2820-000 |  |  |  |
| 09/02/22 |  | Sherman & Phalen, LLC (Escrow) - We Buy & Resell Homes, LLC - Purchaser | Sale of 2471 Saint Patrick per Order, Dkt # 78. |  | 34,328.86 |  | 76,838.84 |
|  | {18} | We Buy and Resell Homes LLC | Sale of 2471 Saint Patrick per Order, Dkt # 78. $35,775.00 | 1210-000 |  |  |  |
|  |  |  | 2022 Real property taxes, paid per order, Dkt # 78. -$1,446.14 | 2820-000 |  |  |  |
| 09/30/22 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 101.06 | 76,737.78 |
| 10/31/22 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 118.88 | 76,618.90 |
| 11/30/22 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 130.99 | 76,487.91 |
| 12/30/22 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 122.58 | 76,365.33 |
| 01/31/23 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 130.55 | 76,234.78 |
| 02/28/23 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 114.03 | 76,120.75 |
| 03/31/23 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 126.06 | 75,994.69 |
| 04/14/23 | 101 | United States Treasury | Bankruptcy estate taxes. 2022 Form 1041. Paid Per Order, Dkt # 83 | 2810-000 |  | 10,209.00 | 65,785.69 |
| 04/14/23 | 102 | Georgia Department of Revenue | 2022 Bankruptcy estate taxes. Form 501. Paid per Order, Dkt # 83. | 2820-000 |  | 4,023.00 | 61,762.69 |

Page Subtotals: $76,844.36 $15,081.67

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 20-60681-JWC | Trustee Name: | S. Gregory Hays (300320) |
| --- | --- | --- | --- |
| Case Name: | OLIGA, JOHN JOSEPH | Bank Name: | East West Bank |
| | OLIGA, JEANINE BARKER | Account #: | ******0526 Checking |
| Taxpayer ID #: | **-***4815 | Blanket Bond (per case limit): | $29,875,000.00 |
| For Period Ending: | 06/30/2023 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 113.03 | 61,649.66 |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 111.41 | 61,538.25 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 98.62 | 61,439.63 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 76,844.36 | 15,404.73 | $61,439.63 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 76,844.36 | 15,404.73 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $76,844.36 | $15,404.73 | |

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

Page: 2-3

**Cash Receipts And Disbursements Record**

| | |
|---|---|
| **Case No.:** | 20-60681-JWC |
| **Case Name:** | OLIGA, JOHN JOSEPH<br>OLIGA, JEANINE BARKER |
| **Taxpayer ID #:** | \*\*-\*\*\*4815 |
| **For Period Ending:** | 06/30/2023 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | \*\*\*\*\*\*0526 Checking |
| **Blanket Bond (per case limit):** | $29,875,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $76,844.36 |
| Plus Gross Adjustments: | $2,655.64 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $79,500.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| \*\*\*\*\*\*0526 Checking | $76,844.36 | $15,404.73 | $61,439.63 |
| | **$76,844.36** | **$15,404.73** | **$61,439.63** |